# United States Court of Appeals for the Federal Circuit

**ERRATA**

January 24, 2005

Appeal No. 04-1186

<u>Teva Pharmaceuticals USA, Inc. v. Pfizer Inc.</u>

Decided: January 21, 2005                    Precedential Opinion

In this opinion, the following changes have been made:

(1) In the second full sentence of the first paragraph on page 25, the comma after "That is what we would have to do" has been removed.

(2) In the following sentence, a comma has been inserted after "That is because" and also after "an actual controversy is satisfied."